AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Jonathan Matos
342 Hathaway Boulevard, New Bedford, MA
DOB 10/19/83

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1800-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 26, 2004 in Bristol county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

1) knowingly possess a controlled substance, to wit: cocaine, with the intent to distribute same;

2) knowingly possess and carry a firearm during and in relation to a drug trafficking crime as listed in count 1.

in violation of Title 18 and 21 United States Code, Section(s) 924(c)(1)(A); 841(a)(1) of Title 21

I further state that I am a(n) ATF Special Agent and that this complaint is based on the following
                                   Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

*[signature]*
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-23-2004                                                 at    Boston, Massachusetts
Date                                                                City and State

Charles B. Swartwood
United States Magistrate Judge                        *[signature]*
Name & Title of Judicial Officer                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.