AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MA _____

UNITED STATES

V.

Jonathan Matos, Ramon Diaz

**EXHIBIT AND WITNESS LIST**

Case Number:  04-1800, 04-1801

| PRESIDING JUDGE Charles B. Swartwood, III | | | PLAINTIFF'S ATTORNEY Connolley | | DEFENDANT'S ATTORNEY Davido, Ivkar | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 6/29/2004 | | | COURT REPORTER 4:01 P | | COURTROOM DEPUTY Roland | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Witnesses | |
|  |  | 6/29/2004 |  |  | Agent Sheila O'Hara | |
|  |  |  |  |  |  | |
|  |  |  |  |  | Exhibits | |
| 1 |  | 6/29/2004 | X | X | Photograph of Camera at Back Door | |
| 2 |  | 6/29/2004 | X | X | Photograph of Camera at Front Door | |
| 3 |  | 6/29/2004 | X | X | Photograph of Front of House | |
| 4 |  | 6/29/2004 | X | X | Affidavit of Sheila O'Hara | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.