AO 442 (Rev. 5/93) Warrant for Arrest

SCANNED DATE: 07/19/04 BY: Six

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JONATHAN MATOS
342 Hathaway Boulevard, New Bedford, MA

**WARRANT FOR ARREST**

CASE NUMBER: 04-1800-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          JONATHAN MATOS
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
possession and carrying of a firearm during a drug trafficking crime and possession with intent to distribute cocaine

in violation of
Title     18 and 21     United States Code, Section(s)   924(c)(1)(A); 841(a)(1)

CHARLES B. SWARTWOOD                        UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                     Title of Issuing Officer

[signature]                                 6-23-04 @ Boston, MA
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____    by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER / AT ARRAIGNMENT OF THE DEFENDANT ON 06/25/2004 | SIGNATURE OF ARRESTING OFFICER |

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.