# United States District Court
# District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Action |
| v. ) | No. 04-1800-CBS |
| ) | |
| JONATHAN MATOS, ) | |
| DEFENDANT, ) | |

## Notice of Appeal

The defendant, Jonathan Matos, moves to appeal to a Federal Judge the Findings and Order of Magistrate Judge Charles Swartwood III, dated, July 21, 2004 regarding the Detention Hearing conducted on June 26, 2004 at the Federal Court in Boston.

Respectfully submitted,
Jonathan Matos
By his Attorney,

John E. DeVito, Esquire
20 Eastbrook Road Suite 304
Dedham, MA 02026
(781) 326-1818
BBO # 122420

Dated: August 6, 2004