


# Certificate of Service

I, John E. DeVito hereby certify that I mailed a copy of the enclosed Motion to Appeal and Memorandum of Law to: U.S. District Attorney, William Connolly, One Courthouse Way, Boston, MA 02210.

Dated:   August 6, 2004

_____
John E. DeVito, Esquire